# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

    -vs-

NATHANIEL C. ARMSTRONG,

    Defendant.

Case Number: 3:15-po-2

Chief Magistrate Judge Sharon L. Ovington

## DISMISSAL ORDER

This matter came before the Court on January 14, 2015 for an arraignment. The parties agreed that if Defendant paid the ticket collateral in the amount of $75.00, then violation number 3887365/OS10 (Failure to Obey Traffic Signal) would be dismissed. The Defendant, Nathaniel C. Armstrong, paid the collateral in full. The case is hereby DISMISSED.

June 10, 2015

Sharon L. Ovington
Chief United States Magistrate Judge